**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――――

**No. 02-7790**

―――――――――――――

In Re:  MARTELL WHITAKER,

Petitioner.

―――――――――――――

On Petition for Writ of Mandamus.  (CA-01-3207-B-1)

―――――――――――――

Submitted:  January 9, 2003        Decided:  January 24, 2003

―――――――――――――

Before WIDENER, MICHAEL, and MOTZ, Circuit Judges.

―――――――――――――

Petition denied by unpublished per curiam opinion.

―――――――――――――

Martell Whitaker, Petitioner Pro Se.

―――――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Martell Whitaker petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2000) motion. He seeks an order from this court directing the district court to act. We find there has been no undue delay in the district court. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>

2